UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:20-CR-85 |
| v. ) | |
| ) | Judge Travis R. McDonough |
| TOMMY JAMES KEEN ) | |
| ) | Magistrate Judge Christopher H. Steger |
| ) | |

**ORDER**

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation (Doc. 31) recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Count One of the two count Indictment; (2) accept Defendant's guilty plea to Count One of the two count Indictment; (3) adjudicate Defendant guilty of coercion of a minor to engage in sexually explicit conduct for purposes of producing a visual depiction of said conduct, with such visual depiction having been produced using materials that had been mailed, shipped or transported across state lines in violation of 18 U.S.C. § 2251(a); and (4) order that Defendant remain in custody pending sentencing or further order of this Court.

After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 31) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea to Count One of the two count Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count One of the two count Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of coercion of a minor to engage in sexually explicit conduct for purposes of producing a visual depiction of said conduct, with such visual depiction having been produced using materials that had been mailed, shipped or transported across state lines in violation of 18 U.S.C. § 2251(a); and

4. Defendant **SHALL REMAIN** in custody until further order of this Court or sentencing in this matter which is scheduled to take place on **April 8, 2022, at 2:00 p.m**.

**SO ORDERED.**

/s/*Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**